FILED - USDC - FLMD - JAX
OCT 30 2025 PM5:26

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:25-cr- 228-HES-LLL

CARLOS FELIPE JARAMILLO GRAJALES
a/k/a J.L.R.

MOTION FOR CAPIAS

The United States of America, by the undersigned Assistant United States Attorney, moves this Court to issue a capias for CARLOS FELIPE JARAMILLO-GRAJALES a/k/a J.L.R., against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: ______________________________

ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No. 869139
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: chip.corsmeier@usdoj.gov