# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                           **CASE NO: 3:25-cr-228-HES-LLL**

**CARLOS FELIPE
JARAMILLO GRAJALES**

| JUDGE | Harvey E. Schlesinger | COUNSEL FOR GOVERNMENT | David Mesrobian on behalf of Arnold Corsmeier |
|---|---|---|---|
| DEPUTY CLERK | S. Woolbright | COUNSEL FOR DEFENDANT | Aaron Makofka |
| COURT REPORTER | Shelli Kozachenko | PRETRIAL/ PROBATION | |
| DATE TIME TOTAL | April 15, 2026 1:31 p.m. – 1:32 p.m. 1 minutes | Interpreter | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of case.

Joint motion to continue trial 30-days.

Ore Tenus Joint Motion to continue trial is **GRANTED.**

Order to enter.

> **CASE RESET:**
> Status:            **May 20, 2026, at 1:30 p.m.**
> Trial Term:        **June 1, 2026, at 9:30 a.m.**